IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**KARMIN DEARING,** : CIVIL NO. 1:CV-12-0603
*also known as* **Karmin Pearing,** :
:
**Plaintiff** : (Judge Rambo)
:
v. : (Magistrate Judge Mannion)
:
**JUDGE ANDREW H. DOWLING;** :
**DISTRICT ATTORNEY** :
**JENNA LEWIS; and** :
**WARDEN JAMES MCGRADY,** :
**SHARON BLAKE, Secretary's Office,** :
:
**Defendants** :

# O R D E R

Before the court is a November 26, 2012 report of the magistrate judge (doc. 23) to whom this matter was referred. No objections have been filed to the report.[1] Upon consideration of the record before the court and applicable law, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Mannion (doc. 23).

2) Plaintiff's motion for leave to proceed *in forma pauperis* is **GRANTED**.

3) The complaint is **DISMISSED** pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).

4) Plaintiff's "Motion to Modify Civil Action" (doc. 18) is **DENIED**.

---

[1] Objections to the report and recommendation were due no later than December 13, 2012.

5) It is certified that any appeal from this order will be deemed frivolous and not taken in good faith.

6) The Clerk of Court shall close the file.

                                           s/Sylvia H. Rambo
                                           SYLVIA H. RAMBO
                                           United States District Judge

Dated: December 18, 2012.